# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2019 KW 1679

**MAY 1 2 2020**

---

In Re: Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** There is no indication that relator has filed an application for postconviction relief in the district court wherein he sets out specific claims of constitutional errors requiring the requested document for support. Therefore, relator has not shown a particularized need for his trial transcript. An indigent inmate has the constitutional right to free copies *only* in those instances in which he shows that denial of the request will deprive him of an adequate opportunity to present his claims fairly. Meeting that constitutional threshold requires a showing of a particularized need. An inmate cannot make a showing of particularized need absent a properly filed application for postconviction relief, which sets out specific claims of constitutional errors requiring the requested documentation for support. See **State ex rel. Bernard v. Criminal District Court Section "J"**, 94-2247 (La. 4/28/95), 653 So.2d 1174 *(per curiam)*.

**PMc**
**JEW**

**Holdridge J.**, concurs. I am concerned that it is an almost impossible burden on a defendant to allege a particularized need without the production of any documents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT